**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANDES BUCKHALTER,<br><br>           Petitioner,<br><br>     v.<br><br>LARRY SMALL, WARDEN,<br><br>           Respondent. | NO. CV 08-6043-JVS (MAN)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 7, 2012.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE